UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60645-CIV-SINGHAL

FRESNO CENATUS,

     Petitioner,

v.

CARLOS NUNEZ, Assistant Field
Office Director at Broward Transitional
Center, *et al.*,

     Respondents.

_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon a *sua sponte* review of the docket. Petitioner Fresno Cenatus filed this petition for writ of habeas corpus under 28 U.S.C. Section 2241. 28 U.S.C. Section 2243 explains that the Court shall set a hearing after the government responds to the petition. Accordingly, since Respondents have returned the Petition, *see* (DE [9]), it is hereby

**ORDERED AND ADJUDGED** that counsel for Petitioner and Respondents appear at a hearing on **Wednesday, April 8, 2026 at 10:30 a.m.** at **United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, Courtroom 110**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of April 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF